

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00784-CR

Frank Cardona **GONZALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 22-2573-CR-C
Honorable Daniel H. Mills, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED November 20, 2024.

Irene Rios, Justice